## RUGGLES v. STAFFORD et al., (two cases.)

(Supreme Court, General Term, First Department. January 12, 1894.)

Action by Philo T. Ruggles against Francis X. Stafford and others.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
Thos. Spratt, for plaintiff.
N. J. Waterbury, for defendants.
No opinion. Motion denied. See 22 N. Y. Supp. 1108.

---

## SANGER v. FRENCH.

(Supreme Court, General Term, First Department. January 12, 1894.)

Action by Frank W. Sanger against Thomas H. French.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
A. Goodwin, for plaintiff.
A. J. Dittenhoefer, for defendant.
No opinion. Order affirmed, with $10 costs and disbursements.

---

## STECK, Respondent, v. COLORADO FUEL & IRON CO., Appellant.

(Supreme Court, General Term, First Department. January 12, 1894.)

Action by Edward M. Steck against the Colorado Fuel & Iron Company.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
Jas. Stikeman, for appellant.
Geo. H. Adams, for respondent.
No opinion. Order affirmed, with $10 costs and disbursements.

---

## ACKERT, Respondent, v. MILLER, Appellant.

(Supreme Court, General Term, Second Department. December 1, 1893.)

Action by Ackert against Miller.

Esselstyn & McCarty, for appellant.
A. Lee Wager, for respondent.

DYKMAN, J. This is an appeal from a judgment entered upon the decision of a judge of this court, before whom the cause was tried without a jury. The action was commenced for the recovery of money due the plaintiffs from the defendant for labor and services performed in the erection of a house, and for bills paid for hauling material to the house. The claim was fully proven, and the trial judge found all the facts in favor of the plaintiff, and they are amply sufficient to justify the judgment. The appeal is entirely destitute of merit, and the judgment should be affirmed, with costs.

---

## ATLAS IRON CONST. CO. v. FERGUSON.

(Supreme Court, General Term, Second Department. December 1, 1893.)

Action by the Atlas Iron Construction Company against George Ferguson.
F. F. Marbury and Charles Fox, for appellant.
C. H. & J. A. Young, for respondent.